

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00171-CV

Peter Michael Buffa
v.
Elisa Silva Buffa

On Appeal from the
444th District Court of Cameron County, Texas
Trial Court Cause No. 2017-DCL-01218

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates and dismisses the trial court's order. The Court orders the order vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellee.

We further order this decision certified below for observance.

June 8, 2023